```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 10434
  ANTHONY TEEMER
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

       Debtor
  SSN XXX-XX-5965


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/24/06 and confirmed on 11/03/06.

   2.  The case was dismissed after confirmation, 08/22/2008.

   3.  The Debtor paid a total of $   6883.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| HSBC AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 6863.42 | .00 | 2314.93 |
| AMERICAN GENERAL FINANCE | UNSECURED | 5115.10 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 661.11 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 324.56 | .00 | .00 |
| CHECK INTO CASH OF ILLIN | UNSECURED | NOT FILED | .00 | .00 |
| EARTH MOVERS C U | UNSECURED | 673.25 | .00 | .00 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| INSTANT CASH | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 399.38 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 221.54 | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | 295.72 | .00 | .00 |
| IPC OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST HEART SPECIALIST | UNSECURED | 188.80 | .00 | .00 |
| NAPERVILLE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| NEUROMED | UNSECURED | NOT FILED | .00 | .00 |
| SIR FINANCE | UNSECURED | 829.00 | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| AAA CHECKMATE | UNSECURED | 630.14 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| INTERNAL REVENUE SERVICE | UNSECURED | 31.73 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 2201.04 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 4722.34 | .00 | 1592.78 |
| ILLINOIS DEPT REVENUE | UNSECURED | 837.15 | .00 | .00 |

```
             Summary of disbursements:
------------------------------------------------------------------------
          SECURED     PRIORITY     UNSECURED      OTHER        TOTAL
```

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED              .00      11585.76     12408.52           .00     23994.28
PRINCIPAL PAID                  .00       3907.71          .00           .00      3907.71
INTEREST PAID                   .00            .00         .00           .00           .00
TOTAL PAID                      .00       3907.71          .00           .00      3907.71
```

The Debtor's attorney, HELLER & RICHMOND             , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $     275.29 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 11/12/08                         /S/
                                               GLENN STEARNS
                                               CHAPTER 13 TRUSTEE